Opinion by TYSON, J.

---

## McArtan *v*. The State.

APPEAL from the Circuit Court of Covington.
Tried before the Hon. JOHN P. HUBBARD.

POWELL & ALBRITTON and C. E. HAMILTON, for appellant.

No counsel marked as appearing for appellee.

The proceedings in this case were had under the back tax commission law, whereby it was sought to subject to taxation the leasehold estate of the appellant in certain acres of land.

From a judgment in favor of the State, the present appeal is prosecuted.

The judgment is reversed and the cause remanded on the authority of *Ashe-Carson Co. v. State, ante.* p. 108.